**Motion Granted; Order filed February 14, 2019.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-18-00880-CV
_____

**NOBLE DRILLING (US) LLC AND NOBLE OFFSHORE CORP., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-68183**

---

## ORDER

The reporter's record in this case was originally due November 12, 2018. *See* Tex. R. App. P. 35.1. We have granted extensions of time for a total of 90 days to file the reporter's record until February 11, 2019. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No record was filed. On February 12, 2019, the court reporter filed a further request for extension of time to file the record. Kathleen Keese, the court

reporter, noted in her request the diligence with which she is trying to complete the record.

We grant the request for extension and issue the following order.

We order Kathleen Keese to file the reporter's record with the clerk of this court on or before March 12, 2019. If Kathleen Keese does not timely file the record as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM